**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MAR 1 8 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BRENDA J. WITT, | * | CIV 14-4013 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's Complaint seeking judicial review of the Commissioner's final decision denying her payment of disability insurance benefits under Title II of the Social Security Act. Magistrate Judge Veronica Duffy issued a Report and Recommendation recommending to this Court that the Commissioner's decision be reversed and remanded to the Commissioner for reconsideration pursuant to 42 U.S.C. § 405(g), sentence four. No objections were filed the Report and Recommendation. Nevertheless, this Court reviewed the factual and legal conclusions in the Report and Recommendation for plain error. *U.S. v. Barragan*, 379 F.3d 524, 528 (8th Cir. 2004). After a review for plain error, it is ORDERED:

1. That the Report and Recommendation (Doc. 18) is ADOPTED in its entirety.

2. That Plaintiff's Motion to Reverse the Decision of the Commissioner (Doc. 11) is GRANTED.

3. That the Commissioner's decision is REVERSED and REMANDED to the Commissioner for reconsideration pursuant to 42 U.S.C. § 405(g), sentence four.

Dated this 18th day of March, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
Deputy